# CREIZMAN LLC

565 Fifth Avenue 7th Floor
New York, New York 10017
tel: (212) 972-0200
fax: (646) 200-5022
ecreiz@creizmanllc.com
www.creizmanllc.com

*By ECF and Email*

January 5, 2014

The Honorable Joel A. Pisano
United States District Judge
United States District Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

Re:   United States v. Eliyahu Weinstein, et al., Docket No. 11-CR-701 (JAP)

Dear Judge Pisano:

I write in response to the government's letter to the Court, dated January 3, 2014.

Although we disagree with the government's account of both the law and the procedural history of this case, we are grateful for, and appreciate its consent, if the Court is so inclined, to an adjournment of the sentencing hearing from January 8, 2014 to the first week of March. Accordingly, we respectfully request that the Court adjourn the sentencing to a date in March. We understand that if the Court grants this request, neither the government nor the Court will agree to any further continuances, and we will not seek any further continuances.

We thank the Court for its consideration in this matter.

Respectfully submitted,

/s/ Eric M. Creizman

Eric M. Creizman

cc:   Mark Coyne, Gurbir Grewal, Esq.,
      Zach Intrater, Esq., Rachel Honig, Esq.
      Assistant United States Attorneys